# EXHIBIT "J"



**Paycheck Protection Program**
**Application Form**

OMB Control No.: 3245-
Expiration Date: 06/30/2020

Non-Profit ☐  Vet Org ☐  Tribal ☐  Ind. Cont. ☐  Self Employed ☐

| Business Legal Name | DBA or Tradename if applicable |
|---|---|
| NEBRASKA STEAK Co LLC | CHARLOTTE'S |

| Business Primary Address | Business TIN (EIN, SSN) | Business Phone |
|---|---|---|
| 13415 W. NEBRASKA AVE | 83-2197386 | (727)366-8322 |
| TAMPA FLORIDA  33612 | Primary Contact: RICHARD HILL | Email Address: RickHill098@gmail |

| Average Monthly Payroll: | $ 23,742.06 | X 2.5 equals Loan Amount: | $ 59,355.14 | Number of Jobs: | 20 |
|---|---|---|---|---|---|

Purpose of the loan (select more than one): ☒ Payroll  ☒ Rent / Mortgage Interest  ☒ Utilities  ☐ Other (explain):

**Applicant Ownership**

List all owners of Applicant with greater than 20% ownership stakes. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN) | Address |
|---|---|---|---|---|
| Richard D. Hill | Managing Member | 100 | 83-2197386 | 12517 Rawhide Dr Tampa FL 33626 |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Business or any owner presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | ☐ | ☒ |
| 2. Has the Business, any of its owners, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | ☐ | ☒ |
| 3. Is the Business or any owner an owner of any other business or have common management with any other business? If yes, attach a listing of all Affiliates and describe the relationship as addendum A. | ☒ | ☐ |
| 4. Has the Business received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | ☐ | ☒ |

*Applicants who are individuals and all 20% or greater owners of the business must answer the following questions. If questions (5) or (6) are answered "Yes" or question (7) is answered "No", the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 5. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, on probation or parole? | ☐ | ☒ |

Initial here to confirm your response to question 5 → _____

| 6. Within the last 7 years, for any felony or misdemeanor for a crime against a minor, have you: 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)? | ☐ | ☒ |

Initial here to confirm your response to question 6 → _____

7. ☒ I am a U.S. Citizen  OR  ☐ I have Lawful Permanent Resident status   ☐ No

Initial here to confirm your response to question 7 → _____

1

SBA Form 2483 (03/20)

Paycheck Protection Program
Application Form

OMB Control No.: 3245-
Expiration Date: 06/30/2020

## By Signing Below, You Make the Following Representations, Authorizations, and Certifications

### REPRESENTATIONS AND AUTHORIZATIONS

I represent that:
- I have read the Statements Required by Law and Executive Order included in this form, and I understand them.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business related purposes as specified in the loan application.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.

For Applicants who are individuals and all Associates: I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

### CERTIFICATIONS

The Business and each 20% or greater owner must certify in good faith to all of the below by **initialing** next to each one:

_RDH_ Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

_RDH_ The funds will be used to retain workers and maintain payroll or make mortgage payments, lease payments, and utility payments; I understand that if the funds are used for unauthorized purposes, the federal government may pursue criminal fraud charges.

_RDH_ Documentation verifying the number of full-time equivalent employees on payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight week period following this loan will be provided to the lender.

_RDH_ Loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities. Due to likely high subscription, it is anticipated that not more than twenty-five percent (25%) of the forgiven amount may be for non-payroll costs.

_RDH_ During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under this program.

_RDH_ I further certify that the information provided in this application and the information that I have provided in all supporting documents and forms is true and accurate. I realize that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

_RDH_ I acknowledge that the lender will calculate the eligible loan amount using tax documents I have submitted. I affirm that these tax documents are identical to those I submitted to the IRS. I also understand, acknowledge and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_/s/ Richard D. Hill_
Signature of Authorized Representative of Business

_Richard D. Hill_
Print Name

Date: 4-2-2020

Title: MANAGING MEMBER

Signature of Owner of Applicant Business

Print Name

Date

Title

2

SBA Form 2483 (03/20)